# Exhibit A

FILED: NASSAU COUNTY CLERK 09/22/2021 02:43 PM
NYSCEF DOC. NO. 1
INDEX NO. 612100/2021
RECEIVED NYSCEF: 09/22/2021

Case 2:22-cv-00494-GRB-ST   Document 1-1   Filed 01/27/22   Page 2 of 17 PageID #: 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-------------------------------------------------------------------

FELIX MENA

                                      Plaintiff,

- against -

ROBBIN POTRAFKA and
SALEM LEASING CORPORATION

                                      Defendants.

-------------------------------------------------------------------

Plaintiff designates
NASSAU County as
the Place of Venue

Basis of Venue:
Place of Occurrence

## SUMMONS

Place of Occurrence:

County of NASSAU

**To The Above Named Defendants:**

      **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated:  Syosset, New York
          September 21, 2021

                                                Brian J. Levy, Esq.
                                                **BRIAN J. LEVY & ASSOCIATES, PC**
                                                Attorneys for Plaintiff
                                                303 Jackson Avenue
                                                Syosset, New York 11791
                                                (516) 496-1777

**Defendants' Address:**
ROBBIN POTRAFKA
246 Jay Jay Road
West Union, South Carolina 29696
Secty of State (VTL)

SALEM LEASING CORPORATION
175 Charlois Boulevard
Winston Salem, North Carolina 27103
Secty of State (VTL)

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X

FELIX MENA

                                        Plaintiff,

        - against -

ROBBIN POTRAFKA and
SALEM LEASING CORPORATION

                                        Defendants.

-------------------------------------------------------------------X

**VERIFIED COMPLAINT**

Plaintiff, complaining of the Defendants, by attorneys **BRIAN J. LEVY & ASSOCIATES, PC**, respectfully shows to this Court and alleges, upon information and belief, as follows:

1. That at all times hereinafter mentioned, Plaintiff operated a certain motor vehicle bearing license plate number HZZ9314, New York.

2. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION is a duly organized Foreign Business Corporation, and authorized to conduct business in the State of New York.

3. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION regularly transacts business within the State of New York and/or derives substantial revenue from its course of dealing within the State of New York.

4. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION owned a certain motor vehicle bearing license plate number P771790, South Carolina.

5. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA operated the aforesaid motor vehicle bearing license plate number P771790, South

Carolina.

6. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA operated the aforesaid motor vehicle while in the scope of his employment.

7. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA operated the aforesaid motor vehicle while in the scope of his employment with Defendant SALEM LEASING CORPORATION.

8. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA operated the aforesaid motor vehicle, with the knowledge, permission and/or consent of the Defendant SALEM LEASING CORPORATION.

9. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION managed the aforesaid motor vehicle.

10. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA managed the aforesaid motor vehicle.

11. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION maintained the aforesaid motor vehicle.

12. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA maintained the aforesaid motor vehicle.

13. That at all times hereinafter mentioned, Defendant SALEM LEASING CORPORATION controlled the aforesaid motor vehicle.

14. That at all times hereinafter mentioned, Defendant ROBBIN POTRAFKA controlled the aforesaid motor vehicle.

15. That at all times hereinafter mentioned, the Whole Foods parking lot, located on N Broadway, at a point approximately 500' north of Village Drive, is a public thoroughfare in the Town of Oyster Bay, County of Nassau and State of New York.

16. That on or about the 30th day of July, 2021, at approximately 10:25 A.M., the Plaintiff's aforesaid motor vehicle was properly parked in the aforedescribed parking lot and plaintiff was seated therein.

17. That on or about the 30th day of July, 2021, at approximately 10:25 A.M., the Defendants' aforesaid motor vehicle was being operated over and along the aforedescribed parking lot.

18. That at all times hereinafter mentioned, the Defendants' aforesaid motor vehicle was in collision with the Plaintiff's parked motor vehicle.

19. That at all times hereinafter mentioned, the Defendants' aforesaid motor vehicle was in contact with the Plaintiff's parked motor vehicle.

20. That at all times hereinafter mentioned, the Defendants' aforesaid motor vehicle, a tractor trailer, was in collision with the rear of the Plaintiff's motor vehicle.

21. That the aforesaid occurrence was due solely by reason of the carelessness, recklessness and negligence of the Defendants, in the ownership, operation, management, maintenance and control of Defendants' motor vehicle, in failing to keep said motor vehicle under proper and suitable control, so as to prevent same from running into striking the rear of the Plaintiff's parked motor vehicle; in operating said motor vehicle at a high and/or excessive rate of speed, under the circumstances then and there existing; in speeding; in failing to keep a proper look out; in failing to take cognizance of the traffic conditions which existed; in failing to remain alert; in failing to give warning of approach; in failing to stop, slow down, steer or veer so as to avoid the collision herein; in failing to make prompt and timely use of the braking, steering and signaling mechanisms of said motor vehicle; in failing to obey the rules of the road; in failing to exercise due and required care, caution and forbearance in the operation and control of said motor vehicle, so as to

have avoided this occurrence; in operating said motor vehicle in an incompetent and unskilled manner; in failing to maintain said motor vehicle and appurtenances thereto in proper and adequate condition and repair; in failing to obey the applicable statutes, ordinances, rules and regulations in such cases made and provided for; in that Defendant SALEM LEASING CORPORATION was further negligent in knowingly entrusting said motor vehicle to an unskilled, incompetent, dangerous, reckless and careless individual, namely Defendant ROBBIN POTRAFKA; and Defendants were otherwise careless, reckless and negligent.

22.  That the aforesaid occurrence was due solely by reason of the negligence of the Defendants and through no fault or lack of care on the part of the Plaintiff contributing thereto.

23.  That by reason of the aforesaid occurrence, Plaintiff sustained serious and severe personal injuries to head, body and limbs; a severe shock to the nervous system; suffered great physical pain and mental anguish; was confined to bed and home and caused to abstain from usual duties and activities; was forced to seek medical aid and attention and to expend diverse sums of money for same, in an endeavor to be healed and cured of said injuries, which may be permanent and lasting.

24.  That this Plaintiff sustained a "serious injury" as defined in §5102(d) of the Insurance Law of the State of New York.

25.  That by reason of the foregoing, the Plaintiff is entitled to recover for non-economic loss and for such economic losses as are not included within the definition of basic economic loss as set forth in §5102(a) of Insurance Law of the State of New York.

26.  That the Plaintiff is a "covered person" as defined by §5102(j) of the Insurance Law of the State of New York.

27.  That this action falls within one or more exceptions of CPLR §1602.

28. That by reason of the foregoing, Plaintiff has been damaged in a sum which exceeds the jurisdictional limits of all lower Courts.

**WHEREFORE,** Plaintiff FELIX MENA demands judgment against the Defendants ROBBIN POTRAFKA and SALEM LEASING CORPORATION, and/or each of them, in a sum which exceeds the jurisdictional limits of all lower Courts, together with the costs and disbursements of each action.

Dated: Syosset, New York
September 21, 2021

_____
Brian J. Levy, Esq.
**BRIAN J. LEVY & ASSOCIATES, PC**
Attorneys for Plaintiff
303 Jackson Avenue
Syosset, New York 11791
(516) 496-1777

# VERIFICATION

STATE OF NEW YORK )
                  )ss.:
COUNTY OF NASSAU  )

**BRIAN J. LEVY,** an attorney duly admitted to practice in the Courts of the State of New York, states:

That I am a member of **BRIAN J. LEVY & ASSOCIATES, PC**, attorneys of record for Plaintiff in the within action. I have read the foregoing *Summons and Verified Complaint* and know the contents thereof; the same is true to my own knowledge except as to those matters therein alleged to be on information and belief and, as to those matters, I believe them to be true.

The reason this verification is made by me and not by Plaintiff is that the residence of Plaintiff is outside the County wherein your deponent maintains his office.

The grounds of my belief as to all matters not stated upon my own knowledge are information, books, records, data and correspondence contained in deponent's file and conversations had with the Plaintiff herein.

I affirm that the foregoing statements are true under the penalty of perjury.

Dated: Syosset, New York
       September 21, 2021

_____
BRIAN J. LEVY, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU

-------------------------------------------------------------------------

FELIX MENA

                                          *Plaintiff,*

- against -

ROBBIN POTRAFKA and SALEM LEASING CORPORATION

                                          *Defendants.*

-------------------------------------------------------------------------

## SUMMONS AND VERIFIED COMPLAINT

-------------------------------------------------------------------------

**BRIAN J. LEVY & ASSOCIATES, PC**
*Attorneys for Plaintiff*
Office and Post Office Address
303 Jackson Avenue
Syosset, New York 11791
Tel (516) 496-1777
Fax (516) 226-1040

-------------------------------------------------------------------------

**ATTORNEY CERTIFICATION**

The undersigned, an Attorney admitted to practice in the Courts of New York State, verified that, upon information, belief and reasonable inquiry, the contents contained in the above referenced document(s) are not frivolous.

_____
Brian J Levy

-------------------------------------------------------------------------

Form 10CERT - AFFIDAVIT OF MAILING ONLY


P5438940

**BRIAN J. LEVY Kristen Macchio**
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

FELIX MENA

PLAINTIFF

- vs -

ROBBIN POTRAFKA, ETAL

DEFENDANT

index No. **612100/2021**
Date Filed
Office No. **4025847**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK  :SS:

**IRENE BERTONI** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **19th day of October, 2021** at a regular postal depository maintained by the United States of America, Deponent mailed the copy of

**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**

**to ROBBIN POTRAFKA**
**the DEFENDANT at**
**PO BOX 187**

**WEST UNION, SC 29696**

Copy mailed by Certified Mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**COMMENTS:** RETURN RECEIPT REQUESTED # 70181130000192348978. ATTACHED HERETO, AND MADE A PART HEREOF, IS THE NOTICE REGARDING SERVICE THAT WAS SENT TO THE DEFENDANT AND THE RETURN RECEIPT DATED 11/05/21.

Sworn to before me this
08TH day of NOVEMBER, 2021

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

IRENE BERTONI
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-BJL&A-5438940

1 of 4

Form 45

**BRIAN J. LEVY**     Kristen Macchio
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

FELIX MENA

                  - vs -           PLAINTIFF

ROBBIN POTRAFKA, ETAL

                                    DEFENDANT

index No. **612100/2021**
Date Filed
Office No. **4025847**
Court Date.

Please take notice that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the
**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**
in the above entitled action was served upon you personally on:
**04TH** day of **OCTOBER, 2021**
by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at One Commercial Plaza, in the City of Albany, together with the statutory fee of $ 10.00.

And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the
**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**
in this action.

      Yours truly,
      **BRIAN J. LEVY**
      **3-BJL&A-5438940**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ROBBIN POTRAFKA
   246 JAY JAY ROAD
   WEST UNION, SC 29696-3918

   9590 9402 5096 9092 8863 32

2. Article Number (Transfer from service label)

   7o: 7130 0007 9234 897

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                    ☐ Agent
                                    ☒ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Rebecca Potrafka                 1/5/2

D. Is delivery address different from item 1?  ☒ Yes
   If YES, enter delivery address below:       ☐ No

   PO Box 181
   West Union SC 29696

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Attorney(s)    Brian J. Levy
Index #        **612100/2021**
Purchased/Filed:
STATE OF NEW YORK
Court:         Supreme
County:        Nassau

FELIX MENA

PLAINTIFF

AGAINST

ROBBIN POTRAFKA, ET AL

DEFENDANT

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )

ROBERT GUYETTE    BEING DULY SWORN, DEPOSES AND SAYS:
DEPONENT RESIDES IN THE CITY OF ALBANY, COUNTY OF ALBANY,
STATE OF NEW YORK. THAT ON    10/4/2021    , AT   12:55 PM
AT THE OFFICE OF THE NY SECRETARY OF STATE, ONE COMMERCE PLAZA, ALBANY, NY, 12231
DEPONENT SERVED :
    SUMMONS AND VERIFIED COMPLAINT WITH NOTICE OF ELECTRONIC FILING

UPON    **ROBBIN POTRAFKA**    THE DEFENDANT IN THE ABOVE
CAPTIONED ACTION BY DELIVERING TO AND LEAVING WITH    NANCY DOUGHERTY
DESCRIPTION OF PERSON SERVED: APPROX. AGE:  60 yrs   WEIGHT:  120 lbs  HEIGHT:   5' 1"
SEX: Female   SKIN COLOR:  White   HAIR:  Brown   OTHER:
A COPY OF SAID
    SUMMONS AND VERIFIED COMPLAINT WITH NOTICE OF ELECTRONIC FILING

AND THAT AT THE TIME OF MAKING SUCH SERVICE, DEPONENT PAID THE SECRETARY OF STATE
THE SUM OF $10.00, THAT BEING THE LAWFUL FEE OF THE SECRETARY OF STATE FOR ACCEPT-
ING SUCH SERVICE: DEPONENT FURTHER SAYS THAT SUCH SERVICE WAS MADE PURSUANT TO
VEHICLE AND TRAFFIC LAW §253 (NON-RESIDENT)    OF THE STATE OF NY AND THAT THE
SAID    NANCY DOUGHERTY    WAS A DESIGNATED CLERK OF THE SECRETARY OF
STATE AND PERSON AUTHORIZED BY LAW TO ACCEPT SERVICE IN SUCH CASES.

SWORN TO BEFORE ME ON THIS

4TH  DAY OF   OCTOBER 2021

FAITH COZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

ROBERT GUYETTE

Invoice·Work Order # 2132237

Form 10CERT - AFFIDAVIT OF MAILING ONLY



P5438957

BRIAN J. LEVY Kristen Macchio
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK

FELIX MENA

                                                PLAINTIFF

- vs -

ROBBIN POTRAFKA, ETAL

                                               DEFENDANT

index No. 612100/2021
Date Filed
Office No. 4025847
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**IRENE BERTONI** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **19th day of October, 2021** at a regular postal depository maintained by the United States of America, Deponent mailed the copy of

**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**

**to SALEM LEASING CORPORATION**
**the DEFENDANT at**
**175 CHARLOIS BLVD**

**WINSTON SALEM, NC 27103-1521**

Copy mailed by Certified Mail marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS: RETURN RECEIPT REQUESTED # 70181130000192348961. ATTACHED HERETO, AND MADE A PART HEREOF, IS THE NOTICE REGARDING SERVICE THAT WAS SENT TO THE DEFENDANT AND A PRINTOUT FROM THE USPS WEBSITE THAT STATES DELIVERED 10/22/21.

Sworn to before me this
23RD day of NOVEMBER, 2021

_____
SELENA INES ADAMS
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

_____
IRENE BERTONI
PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-BJL&A-5438957

e

Form 45

**BRIAN J. LEVY**   Kristen Macchio
SUPREME COURT NASSAU COUNTY STATE OF NEW YORK
FELIX MENA

                        - vs -       PLAINTIFF

ROBBIN POTRAFKA, ETAL

                                     DEFENDANT

index No. **612100/2021**
Date Filed
Office No. **4025847**
Court Date.

Please take notice that pursuant to the provisions of Section 253/254 of the Vehicle and Traffic Laws of the State of New York, the
**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**
in the above entitled action was served upon you personally on:
**04TH** day of **OCTOBER, 2021**
by delivering a true copy thereof to the regularly established office of the Secretary of State, of the State of New York, at One Commercial Plaza, in the City of Albany, together with the statutory fee of $ 10.00.

And Please Take Further Notice, that we are sending you herewith, by certified mail return receipt requested another true copy of the
**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT**
in this action.

      Yours truly,
      **BRIAN J. LEVY**
      **3-BJL&A-5438957**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70181130000192348961

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:39 am on October 22, 2021 in WINSTON SALEM, NC 27103.

## ✓ Delivered, Front Desk/Reception/Mail Room

October 22, 2021 at 11:39 am
WINSTON SALEM, NC 27103

Feedback

Get Updates ∨

---

Text & Email Updates                                            ∨

---

Tracking History                                                ∨

---

Product Information                                             ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Attorney(s)      Brian J. Levy
Index #          **612100/2021**
Purchased/Filed:
STATE OF NEW YORK
Court:           Supreme
County:          Nassau

---

FELIX MENA

PLAINTIFF

AGAINST

ROBBIN POTRAFKA, ET AL

DEFENDANT

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )

ROBERT GUYETTE           BEING DULY SWORN, DEPOSES AND SAYS:
DEPONENT RESIDES IN THE CITY OF ALBANY, COUNTY OF ALBANY,
STATE OF NEW YORK. THAT ON      10/4/2021      , AT  12:55 PM
AT THE OFFICE OF THE NY SECRETARY OF STATE, ONE COMMERCE PLAZA, ALBANY, NY, 12231
DEPONENT SERVED :
    SUMMONS AND VERIFIED COMPLAINT WITH NOTICE OF ELECTRONIC FILING

UPON    **SALEM LEASING CORPORATION**    THE DEFENDANT IN THE ABOVE
CAPTIONED ACTION BY DELIVERING TO AND LEAVING WITH    NANCY DOUGHERTY
DESCRIPTION OF PERSON SERVED: APPROX. AGE:  60 yrs   WEIGHT: 120 lbs  HEIGHT:  5' 1"
SEX: Female   SKIN COLOR:  White   HAIR: Brown   OTHER:
A COPY OF SAID
    SUMMONS AND VERIFIED COMPLAINT WITH NOTICE OF ELECTRONIC FILING

---

AND THAT AT THE TIME OF MAKING SUCH SERVICE, DEPONENT PAID THE SECRETARY OF STATE
THE SUM OF $10.00, THAT BEING THE LAWFUL FEE OF THE SECRETARY OF STATE FOR ACCEPT-
ING SUCH SERVICE: DEPONENT FURTHER SAYS THAT SUCH SERVICE WAS MADE PURSUANT TO
VEHICLE AND TRAFFIC LAW §253 (NON-RESIDENT)      OF THE STATE OF NY AND THAT THE
SAID     NANCY DOUGHERTY       WAS A DESIGNATED CLERK OF THE SECRETARY OF
STATE AND PERSON AUTHORIZED BY LAW TO ACCEPT SERVICE IN SUCH CASES.

SWORN TO BEFORE ME ON THIS

4TH   DAY OF      OCTOBER 2021

FAITH COZZI
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

ROBERT GUYETTE

**Invoice·Work Order #** 2132239

4 of 4